United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARSENIO ALLEN, | Case No. 3:20-cv-04107-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| ANDREW SAUL, | |
| Defendant. | |

Counsel for plaintiff, attorney Xinyun Jiang of the Homeless Action Center, has failed to respond to multiple Court orders dating back to July 2020, *see* Dkt. Nos. 8, 11, 12, 15, and failed to appear without being excused at a status conference held on February 4, 2021, Dkt. No. 18. Overall, attorney Jiang vanished from the case after filing a complaint, and has not prosecuted the complaint or her client's claims at all.

The Court was prepared to dismiss the case on this record under Federal Rule of Civil Procedure 41(b). Even so, attorney Jiang will have one final opportunity to say why this case should not be terminated for lack of prosecution and failure to follow the Court's orders. A response in writing must be filed by February 11, 2021. Failure to meet this deadline, or provide a satisfactory explanation of the attorney conduct deficiencies, will result in dismissal under Rule 41(b). The Court will hold in abeyance the referral of attorney Jiang to the District's Standing Committee on Professional Conduct, *see* Dkt. No. 18, pending further order.

**IT IS SO ORDERED.**

Dated: February 4, 2021

JAMES DONATO
United States District Judge